U.S. Department of Justice
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace, Suite 431
Providence, RI 02903

Dear Mr. Donahue;

I'm writing to you today not to discuss my case. At this point my case is practically over. All that's left now is sentencing, which is why I chose this particular time to approach you. Certainly a lot has taken place over the past year and I've certainly learned my lessons. Looking back I wished I did a lot of things differently. But that's behind me now. Everything happens for a reason, as they say. Mr. Donahue I know I was a prick when you were interviewing me and simply doing your job back in the early part of the process. But I want you to know I only acted that way because I resented being kept in a bankruptcy I didn't need or want. So I took that out on you and others in this case. I'll take this opportunity to apologize to you now for that behavior because that's not me. I wasn't brought up that way. Nevertheless, I acted like I did and now I am taking full responsibility for it. Just like I'm taking responsibility for the crimes I've been charged with.

That all being said leads me to why I'm really writing you. Nobody knows I'm writing this letter other than you and me. There's a reason why I didn't email it. I've been thinking about what positive could come out of the ashes of the past 10 months, or more accurately the past 74 months, I've been tied up in this case. I have come up with this idea.

I've always wanted to serve my country but never did. As you know I have two sons presently active duty captains in our US Army. My dad served in the Air Force. My grandfather served in the army, as did my uncle who served in Vietnam, also in the army. My brother in law served 20 years in the army and did tours in Operation Desert storm and the Iraqi war back in the 90s and early 2000s. Eventually he went on to work with the Agency before retiring. I've never contributed. I've always wanted to and now I want to.

I'd be willing to serve my country in whatever capacity the government would see fit for someone at my age and intelligence to contribute to our democracy. I love our country and am willing to do whatever it takes to help our country fight crime, terrorism, and anyone who threatens our democracy. There isn't one thing the government could ask me to do that I wouldn't do. Domestic or internationally.

At this point in my life after all that's happened I have lost my wife (not the worst thing in the world) and 2 of my 3 children. I've lost my business. I've lost my reputation. I'm basically starting over. But the good news is I now have the ability & flexibility to do whatever my country needs me to do. I have always wanted to work undercover and I see myself as an asset that could contribute anywhere in the world at a moments

notice. I have nothing tying me down. Nothing.

Think about the situation. Nobody would ever expect my working with the government, especially after all that's happened with me and the publicity in my case. The charges have run their course and all that is left now is to face Judge McConnell and accept whatever sentence he hands down in February. I trust he will be fair and I'm willing to accept whatever he decides. Not that I have a choice but the point is I'm willing to accept all responsibility and I have. Now as far as your office is concerned you have already accomplished your goal. You successfully brought charges and won. What happens to me next isn't really of much concern to you, nor of much use to you, regardless of how Judge McConnell disposes of my case. So what I'm saying is, is there another silver lining that could also benefit your office besides a successful conviction. I am suggesting I can help by working with you and your directive in bringing about justice where you see fit. I'm willing to forget all that has happened to me and accept it as valuable learning experience and look forward to a new relationship with you and your office moving forward. There are no grudges. There's only hope and promise for a chance to serve my country. That's my purpose now.

The only thing I would want, besides a pay of course so I can live and pay my bills, is to not have to face the judge and become a felon. I am a patriot, not a felon. That means something to me. It would be much better served to leave this case right where it is and let there be no final disposition, even though everyone else thinks there was one. It's already been publicized and the verdict is sealed in the public eye. So let's leave it that way. We could work together and nobody would know. I believe I have the perfect cover. Again, I have not discussed this with a single person. This is just between us. I would appreciate it if you destroyed this piece of mail after you read it. All I ask is that you consider my proposal and if you see an opportunity that makes sense for the government then reach out to me and we can discuss it further. Thanks for taking the time to read my letter. Happy New Year!

Sincerely,

Ernie

401.533.8382



P.O. Box 802
E. Greenwich, RI
02818

U.S. Atty Gary Donahue
U.S. Dept of Justice
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace, Suite 431
Prov. RI 02903

02903-174405

Personal + Confidential